UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Jerry Seabaugh, Sr., | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) Case No. 4:17-cv-1555 UNA |
| Delta R-V School District, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

The above styled and numbered case was filed on May 24, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:17-cv-00089.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-1555 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: May 25, 2017          By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number: 1:17cv00089 SNLJ.**